UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| SEARCH WARRANT ) | |
| ) | Case No. 1:15-mj-277 |
| ) | 1:15-mj-278 |
| ) | 1:15-mj-279 |
| ) | 1:15-mj-280 |
| ) | 1:15-mj-281 |
| ) | 1:15-mj-282 |
| ) | 1:15-mj-283 |
| ) | 1:15-mj-284 |
| ) | 1:15-mj-285 |
| ) | 1:15-mj-286 |
| ) | 1:15-mj-287 |
| ) | 1:15-mj-288 |
| ) | 1:15-mj-289 |

APPEARANCE

Comes now, Josh J. Minkler, United States Attorney for the Southern District of Indiana, by Bradley P. Shepard, Assistant United States Attorney for the Southern District of Indiana, and enters his appearance as counsel for the United States of America.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney


By:   s:/Bradley P. Shepard
      Bradley P. Shepard
      Assistant United States Attorney